**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ATF

**City** Revere  
**County** Suffolk

**Related Case Information:**  
Superseding Ind./ Inf. _____  Case No. _____  
Same Defendant _____  New Defendant  X  
Magistrate Judge Case Number _____  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name:  Rashad Diggs     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name:  "Summers"  
Address:  48 Hancock Ave, Lowell, MA  
Birth date (Yr only): 1987  SSN (last 4#): 3470  Sex: M  Race: ____  Nationality: ____

**Defense Counsel if known:** _____  Address: _____  
Bar Number: _____

**U.S. Attorney Information**  
AUSA:  Sarah Hoefle  Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____  
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial  
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment  
**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/13/2023  Signature of AUSA: _[signed]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Rashad Diggs

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g)(1) | Felon in possession of firearm and ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013